IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| HASABALLA IESSA ABDALLA SAED, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:16-cv-594-LSC-TMP |
| ) | |
| SCOTT HASSEL, Warden, et al.; ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

The magistrate judge filed his report and recommendation on May 2, 2017, recommending dismissal of petitioner's 28 U.S.C. § 2241 petition for *habeas corpus* relief. (Doc. 10). The copy of the document sent to petitioner was returned as undeliverable. (Doc. 11). No objections to the report and recommendation have been filed. Having now carefully considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be ADOPTED and the recommendation ACCEPTED.

It is therefore ORDERED that the petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 in the above-styled cause be and hereby is DENIED and DISMISSED as MOOT.

Done this 25th day of May 2017.

L. Scott Coogler
United States District Judge
[160704]