2017 May-25 PM 03:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| HASABALLA IESSA ABDALLA SAED, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 4:16-cv-594-LSC-TMP |
| | ) | |
| SCOTT HASSEL, Warden, et al.; | ) | |
| | ) | |
| Respondent. | ) | |

# **FINAL JUDGMENT**

In accordance with the Memorandum Opinion entered contemporaneously herewith, and with Rule 58 of the Federal Rules of Civil Procedure, it hereby is ORDERED, ADJUDGED, and DECREED that petitioner's claim brought pursuant to 28 U.S.C. § 2241 is hereby DENIED and DISMISSED AS MOOT.

Done this 25th day of May 2017.

L. Scott Coogler
United States District Judge
[160704]